CLOSING

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE DIGIOVACCHINO, JR., *Plaintiff*, v. PIPEFITTERS LOCAL UNION NO. 274, JOHN WENDE, JR., and JOHN DOE I THROUGH X (fictitious parties), *Defendants*. | Civil Action No. 18-9000 ORDER |

**THIS MATTER** having come before the Court by way of the Honorable Cathy L. Waldor's Report and Recommendation dated October 3, 2018, in which Judge Waldor recommended that the Court grant Plaintiff's Motion to Remand and deny Plaintiff's Motion for Attorneys' Fees and for Sanctions under 28 U.S.C. § 1447(c), ECF No. 7;

and it appearing that neither Defendant nor Plaintiff in this matter have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Waldor's Report and Recommendation;

**IT IS** on this 19th day of October, 2018;

**ORDERED** that Judge Waldor's Report and Recommendation dated October 3, 2018, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion to Remand is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Attorneys' Fees and for Sanctions under 28 U.S.C. § 1447(c) is **DENIED**; and it is further

**ORDERED** that this case is remanded to the Superior Court of New Jersey, Law Division, Essex County; and it is further

**ORDERED** that the matter is closed.

*/s Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**